| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Gordon James Bolinder** | Social Security number or ITIN | **xxx–xx–3976** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kerri Bolinder** | Social Security number or ITIN | **xxx–xx–8151** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Northern District of Georgia** Court website: www.ganb.uscourts.gov | | Date case filed for chapter **7    10/31/19** | |
| Case number:    **19–42540–pwb** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).  Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Gordon James Bolinder | Kerri Bolinder |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 346 N Airport Cir NW Resaca, GA 30735–6167 | 346 N Airport Cir NW Resaca, GA 30735–6167 |
| **4. Debtor's attorney** Name and address | Dan Saeger Saeger & Associates, LLC Suite D 706 S Thornton Ave Dalton, GA 30720  Contact phone (706) 529–5566 Email: dan@whitfieldcountylaw.com | Dan Saeger  (See Attorney address to left) |
| **5. Bankruptcy trustee** Name and address | Tracey L. Montz Suite 108–#406 2146 Roswell Road Marietta, GA 30062–3813 | Contact phone (404) 713–6472 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor  **Gordon James Bolinder**  and  **Kerri Bolinder**                                                                 Case number **19–42540–pwb**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas  Clerk of Court  Room 339, Federal Building  600 East First Street  Rome, GA 30161–3187 | Office Hours: 8:00 a.m. – 4:00 p.m.  Court website: www.ganb.uscourts.gov  Contact phone 706–378–4000 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **December 5, 2019 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | Location:  **Room 111, Federal Building, 600 East First Street, Rome, GA 30161** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 2/3/20 |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                         page **2**

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 19-42540-pwb
Gordon James Bolinder                                                     Chapter 7
Kerri Bolinder
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-6           User: campj                  Page 1 of 1                  Date Rcvd: Nov 01, 2019
                               Form ID: 309a                Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2019.
db/jtdb         Gordon James Bolinder,    Kerri Bolinder,    346 N Airport Cir NW,    Resaca, GA  30735-6167
22718043        Brian's Auto Sales,    195 Warrior Path NE,    Calhoun, GA  30701-9266
22718048        Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
22718049       +Pioneer Credit Recovery,    PO Box 500,    Horseheads, NY 14845-0500
22718050       +Radius Global Solutions LLC,    7831 Glenroy Rd Ste 250A,    Minneapolis, MN 55439-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dan@whitfieldcountylaw.com Nov 01 2019 22:42:29      Dan Saeger,
                 Saeger & Associates, LLC,    Suite D,    706 S Thornton Ave,    Dalton, GA  30720
tr             +EDI: FTLMONTZ.COM Nov 02 2019 01:33:00      Tracey L. Montz,    Suite 108-#406,
                 2146 Roswell Road,    Marietta, GA 30062-3815
ust             +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Nov 01 2019 22:45:22
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
22718042        EDI: FRAN.COM Nov 02 2019 01:33:00      1st Franklin Financial,    135 E Tugalo St,
                 Toccoa, GA  30577-2357
22718044        EDI: CAPITALONE.COM Nov 02 2019 01:33:00      Capital One Bank USA, N.A.,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
22718045       +E-mail/Text: bknotice@ercbpo.com Nov 01 2019 22:45:51      Enhanced Recovery Company,
                 PO Box 57547,    Jacksonville, FL 32241-7547
22718046       +E-mail/Text: BankruptcyNotices@hughes.com Nov 01 2019 22:42:46      HughesNet,    PO Box 96874,
                 Chicago, IL 60693-6874
22718047       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2019 22:38:51      LVNV Funding LLC,
                 PO Box 1269,    Greenville, SC 29602-1269
22718051        E-mail/Text: claims@sunriseacceptance.com Nov 01 2019 22:47:27      Sunrise Acceptance,
                 1800 Mount Vernon Dr NW,    Cleveland, TN  37311-3500
22718052       +EDI: WABK.COM Nov 02 2019 01:33:00      World Finance,    PO Box 6429,
                 Greenville, SC 29606-6429
                                                                                                TOTAL: 10

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              Dan  Saeger    on behalf of Debtor Gordon James Bolinder dan@whitfieldcountylaw.com
              Dan  Saeger    on behalf of Joint Debtor Kerri  Bolinder dan@whitfieldcountylaw.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Tracey L. Montz    traceymontz@yahoo.com, tlm@trustesolutions.net
                                                                                             TOTAL: 4